

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Game, Fish and Oyster Commission of Texas
Austin, Texas

Attention:  H. D. Dodgen

Dear Sir:

Opinion No. O-5976
Re:  May the Game, Fish and
Oyster Commission make
an expenditure out of
the Sand, Shell and
Gravel Fund, for the
purpose of repairing a
county road adjacent to
the State-owned fish
hatchery situated at
Olmito, Texas, in Camer-
on County?

We acknowledge receipt of your letter of April
18th, which reads, in part, as follows:

"The Game, Fish and Oyster Commission re-
spectfully requests your opinion as to whether
or not we may make an expenditure out of the
Sand, Shell and Gravel Fund, which is appro-
priated to the use of this Department, for the
purpose of repairing a road adjacent to the
State-owned fish hatchery situated at Olmito,
Texas, in Cameron County.

"The condition is such that the fish hatch-
ery in question is situated approximately one
and one-tenth miles from an improved road which
causes it to be practically impossible to carry
loads of fish from the hatchery site to the im-
proved road during wet weather.

"The road in question is a county road which
the County is financially unable to improve.  A
proposal has been made by citizens living adja-
cent to the one and one-tenth miles of road in

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Game, Fish and Oyster Commission of Texas, page 2

question to share the cost of improvements.  It
is estimated that the State's share of this cost
would be approximately $600.00, which from a prac-
tical standpoint would, in the opinion of this
Department, be a valuable investment.

".  .  .  ."

The rider attached to the Appropriation Bill reads,
in part, as follows:

"The foregoing specific amounts, or so much
thereof as may be used, are hereby appropriated
for the purposes above enumerated and shall be
paid out of either the Special Game Fund, the
Fish and Oyster Fund, or the Sand, Shell and
Gravel Fund, and all money to the credit of these
special funds on hand in the State Treasury on
September 1, 1943, together with the current
revenues to be derived and placed to the credit
of these special funds during the next ensuing
two years ending August 31, 1945, are hereby ap-
propriated and may be used for the performance of
the duties and functions of the Game, Fish and
Oyster Commission in preserving, protecting and
increasing the supply of wild birds, wild animals,
fish and other edible aquatic animals of this
State.  Any amount herein specifically appropriat-
ed that is not used for the purpose for which it
is appropriated, or which is in excess of the amount
required for the purpose for which it is appro-
priated that is placed to the credit of these
funds during the biennium ending August 31, 1945,
may be used to supplement the performance of pur-
poses for which money is herein appropriated. No
salary for which an appropriation is herein made
shall be supplemented.  No additional employees,
except temporary employees, may be paid from any
fund herein appropriated.  Any salary paid a tem-
porary employee shall not exceed the rate of
salaries herein appropriated for employees with
similar duties."

Game, Fish and Oyster Commission of Texas, page 3

We have carefully studied the Appropriation Bill but failed to find an authorization for the expenditure you propose, although the road is in such condition in wet weather that it is practically impossible to carry loads of fish from the hatchery.

You will observe the rider, supra, will not permit an expenditure of anything other than the purposes set forth and enumerated in the Appropriation Bill. No provision is made therein for the purpose of your contemplated expenditure.

We therefore advise that in the opinion of this department you cannot legally expend money from the Sand, Shell and Gravel Fund to improve a county road adjacent to the State-owned fish hatchery.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Fred C. Chandler_
Fred C. Chandler
Assistant

By _Elton M. Hyder, Jr._
Elton M. Hyder, Jr.

EMH:db